# EXHIBIT B

## COMPLAINT TO TRANS UNION

**DISTRICT COURT OF MARYLAND FOR** Baltimore County

LOCATED AT (COURT ADDRESS)
120 E. Chesapeake Avenue
Towson, MD 21286

CASE NO. CV D08CV2200 9341

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☒ $5,000 or under   ☐ over $5,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim ☐ consumer debt (original creditor)

The particulars of this case are:
This credit reporting agency has continued to give out incomplete and inaccurate information about us for the last 2 years. We have sent them evidence certian items needed to be removed and/or corrected, and they have refuse to remove them. They are neglecting to remove the inaccurate items and willfull being noncomplaint with the Fair Credit Reporting Act (FCRA), (15 U.S.C. § 1681). We have been denied credit on various occuations as a result of misrepresented, and inaccurate information reported on our credit reports. This is defamation of our character and slander. This has been damaging to our financial reputation in the community.

### PARTIES

**Plaintiff**
Eric Owens & Kaysan Johnson-Owens
11620 Reisterstown Road #405
Reisterstown, MD 21136

**VS.**

**Defendant(s)**

1. TRANS UNION LLC
555 W. ADAMS STREET
CHICAGO IL 60661
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET
SUITE 820   RESIDENT AGENT
BALTIMORE MD 21202
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. [blank]
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. [blank]
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)

☐ I am interested in trying to resolve this dispute through mediation/ADR. (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims $ 2000.00 , plus interest of $ _____, interest at the ☐ legal rate ☐ contractual rate calculated at ____%, from _____ to _____ ( ____ days x $ ____ per day) and attorney's fees of $ 0 plus court costs.
☐ Return of the property valued at $ _____ and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, $ _____ and damages of $ _____ for its detention in action of detinue.
☒ Other: remove inaccuracies immediately
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code   Attorney Number

Printed Name: Eric Owens & Kaysan Johnson-Owens
Address: 11620 Reisterstown Road #405
Reisterstown, MD 21136
Telephone Number: 240-604-9055
Fax:
E-mail: eowens3@outlook.com

**ATTORNEYS**
For Plaintiff—Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.   ☐ Verified through DOD at: http://scra.dmdc.osd.mil/
☒ No defendant is in the military service. The facts supporting this statement are: Defendant is a company incorporated in the United States of America.

☐ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.

2/9/22
Date   Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)

The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☒ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☒ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

2/9/22
Date   Signature of Affiant

DC-CV-001 (front) (Rev. 07/01/2021)   CMPET